STATE OF NEBRASKA, APPELLEE, V.
EARL L. FRANKLIN, APPELLANT.

307 N.W.2d 513

Filed June 26, 1981. No. 43652.

Thomas M. Kenney, Douglas County Public Defender, and Stanley A. Krieger for appellant.

Paul L. Douglas, Attorney General, and Mel Kammerlohr for appellee.

Heard before KRIVOSHA, C.J., BOSLAUGH, MCCOWN, BRODKEY, WHITE, and HASTINGS, JJ., and COLWELL, Retired District Judge.

KRIVOSHA, C.J.

The appellant, Earl L. Franklin, appeals from a judgment based upon a conviction of guilt returned by a jury after trial. Franklin was convicted of the crimes of robbery and use of a firearm in the commission of a felony. He was sentenced to a term of 4 to 6 years on the robbery charge and 2 to 4 years on the use of a firearm charge, to be served consecutively to the robbery sentence. Franklin raises but a single issue in this appeal. He maintains that a conviction for a crime which is based solely upon uncorroborated eyewitness identification is insufficient. The disposition of this case is governed by our opinion in *State v. Ammons*, 208 Neb. 812, 813-14, 305 N.W.2d 812, 814 (1981), wherein we reaffirmed our earlier position and said: "It has long been the rule in this state that except in certain crimes such as sexual assault, a conviction may rest upon the testimony of a single eyewitness." Our holding in *Ammons* is dispositive of this appeal. The judgment is affirmed.

AFFIRMED.